IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERICK PARDO,<br><br>  Plaintiff,<br><br>v.<br><br>NEOGEN CORPORATION, JAMES C. BOREL, WILLIAM T. BOEHM, RONALD D. GREEN, RALPH A. RODRIGUEZ, JAMES P. TOBIN, DARCI L. VETTER, AND CATHERINE E. WOTEKI,<br><br>  Defendants. | C.A. No.: 22-cv-435-CFC |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Erick Pardo hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: June 21, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*